

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00315-CV

STORMIE GRAHAM, Appellant

§ On Appeal from County Court at Law No. 1

§ of Tarrant County (2022-003017-1)

V.

§ March 9, 2023

AT OWNER 16, L.P. AKA PROVIDENCE
AT MARINE CREEK, Appellee

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment of possession is vacated. It is ordered that all other aspects of the trial court's judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr